PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER S. HALES
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LAWRENZO C.P. MANZA,<br>  aka Larry Manza,<br><br>    Defendant. | 2:16-CR-00183-EFB<br><br>FINAL ORDER OF FORFEITURE |

      On or about February 17, 2017, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 16 U.S.C. § 470gg(b) and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Lawrenzo C.P. Manza forfeiting to the United States the following property:

      a.    Archaeological resources taken from the Emigrant Trail listed in Attachment A hereto.

      Beginning on February 22, 2017, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

      The Court has been advised that no third party has filed a claim to the subject property, and the

time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 16 U.S.C. § 470gg(b) and 28 U.S.C. § 2461(c), including all right, title, and interest of Lawrenzo C.P. Manza. The above-listed property shall be disposed of according to law.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Forest Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 18th day of May, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Attachment A**
Archaeological Resources

**Horse and Oxen Shoes**

| Quantity | Description |
|---|---|
| 5 | Large draft horse shoes |
| 3 | Standard horse shoes |
| 3 | Cleated standard horse shoes |
| 3 | Ox shoes |

**Miscellaneous**

| Quantity | Description |
|---|---|
| 1 | Brass keyhole cover, 1 and ½" x 1 and ¼", with 4 nail or screw holes. Has 426 stamped on obverse face. |
| 1 | "Bail" for can or pot. Constructed of $1/8^{th}$" wire, bail is 2 and $1/8^{th}$" x 1 and ¼" |
| 1 | Metal cap gun, vintage 1935 Stevens Buddy |
| 1 | Large handle 5 and ½" x 3 and $3/8^{th}$" metal, has attachments on end for screwing to box or? A single screw hole on each attachment. |
| 1 | Metal ring 5 and $5/8^{th}$" diameter x 2" x $1/8^{th}$" thick. Hand wrought, has 2 square nails affixed to run thru interior. Possible wagon wheel hub. |
| 1 | Large eye bolt ½" diameter wire rod, 1 and $7/8^{th}$" diameter |

**Bullets**

| Quantity | Description |
|---|---|
| 5 | Lead balls, 5/16" diameter to $7/16^{th}$" diameter |
| 2 | Lead bullets, both flattened, one may have been bullet shaped, the other a flattened ball. |
| 1 | 30-30 Super X centerfire, brass shell casing |
| 1 | Brass bullet, not discharged, centerfire, with label on bottom "FMARC" 1945 |

**Pottery and Glass, Clothing Items**

| Quantity | Description |
|---|---|
| 1 | Flow Blue pottery plate rim fragment |
| 1 | Prossor type white button |
| 1 | Small brass button with steel hook, $7/8^{th}$" wide, 1" deep, $1/8^{th}$" shank |
| 1 | Handle to fork or spoon – has nails/fasteners to affix wood or bone handle |

*///*

*///*

3

Final Order of Forfeiture

**Nails, Screws, Fasteners**

| Quantity | Description |
|---|---|
| 1 | Square cut nail, 1 and ½" length, 4d (penny) |
| 3 | Square cut nails, 2", 6d (penny) |
| 5 | Square cut nails, 2 and ¾", 9d (penny) |
| 3 | Square cut nails, 3", 10d (penny) |
| 2 | Large head square cut nails, possible horse or ox shoe, one is 2 and 1/8th" ca. 7d, and other is 2 and ½" 8d (penny) |
| 2 | Large head square cut nails, 2 and ½" length 8d, with ½" heads |
| 1 | Large head square cut nail, 2 and ¾", 9d, with ½" head |
| 1 | Large head square cut nail fragment, with ¾" head |
| 1 | Square cut spike 5 and 5/8th" long, 5/8th" head |
| 1 | Oblong ring of 1/8th" wire, 1 and ½" wide by 1 and 1/8th" high |
| 1 | Square shank carriage bolt fragment, 7/16th" square shank, 1" head |
| 1 | Steel riveted button head 11/16th" dia. 3/8th" high |
| 1 | Steel fastener head, probably had screw base, ½" head, 3/16" shank, 5/8th" base, 5/8th" high |
| 1 | Square, threaded nut (3/8th" threaded hole) with attached 1 and ¼" welded head (with cap) |
| 1 | Section of small chain, 28" long, ¾" x ½" flat chain links |
| 1 | Harness piece, may be a bit portion. 2 and 3/8th" ring of 3/8th" wire and bit part encircling |
| 1 | Harness hook with flat locking plate (missing), 3 and 1/4" in size |
| 1 | 2 and 7/8th" chain link of 3/16th" wire. |
| 1 | "U" shaped steel object 3" long x 1 and 3/8th" wide. Has 3/8th" shank with flattened tips graded thin for driving into wood. Tips show crimping 3/16th" on end, each crimped in opposite directions. |
| 1 | Staple, 2 and 1/8th" wide x 2" long, with 1/8th" thick, ½" wide. Ends of the staple are tapered to a point and crimped for fastening. |
| 1 | Plate (metal), 5 and 7/8th" x 3" x 1/8th" thick. Has square nails in 4 corners. Also has ¾" hand cut hole, off-center |
| 1 | 4 and ¾" ring of 3/8th" wire |
| 1 | Steel ring, 8" diameter, 1" wide x 1/8th" thick, hammered wrought steel, hand forged |